COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    D&R USA Enterprise, Inc.'s v. SCF RC Funding IV, LLC

Appellate case number:  01-22-00891-CV

Trial court case number:  2021-51843A

Trial court:            270th District Court of Harris County

This is an appeal from the trial court's August 22, 2022 order granting a severance and transferring several documents, including the July 20, 2022 order of partial summary judgment, into trial court cause 2021-51843A.

On December 6, 2022, appellant D & R USA Enterprise, Inc. (D & R) filed a motion for emergency relief, asking this Court to (1) order the trial court to vacate an oral November 30, 2022 order releasing two bonds to SCF RC Funding IV, LLC (SCF); and (2) "stay all other trial court proceedings pending disposition [of] this appeal."

As to the alleged oral order of November 30, 2022, D & R has not provided documentation of the order to show that it was entered in the trial court cause on appeal in this case, which is trial court cause 2021-51843A.

Although D & R cites to general authority that permits an appellate court to grant stays in accelerated appeals and original proceedings, D & R offers no authority permitting this Court to stay proceedings in a different trial court cause than the one involved in the appeal.

Accordingly, the motion for emergency relief is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  __December 13, 2022_____